# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HUGO DANIEL SANTOS

CRIMINAL COMPLAINT

**F 09 0006 PWG**

CASE NUMBER _____

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 12/30/2008, in Baltimore, Maryland, in the District of Maryland, defendant(s) HUGO DANIEL SANTOS did knowingly, willfully, and unlawfully move and travel in interstate commerce from the State of Maryland to avoid prosecution for the crime of 1st Degree Murder and Handgun Violation, felonies within the State of Maryland, in violation of Title 18 United States Code, Section 1073.

I further state that I am a(n) Special Deputy US Marshal assigned to the FBI, and that this complaint is based on the following facts:

Official Title

SEE AFFIDAVIT WHICH IS ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE

Continued on the attached sheet and made a part hereof: ☒ **YES**  ☐ No

_____
Ryan W. Franks Special Deputy US Marshal
Federal Bureau of Investigation
Violent Crime Task Force

Sworn to before me and subscribed in my presence,

this 5th day of January, 2009, at Baltimore, Maryland

_____
United States Magistrate Judge
Signature of Judicial Officer

PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE
U.S. COURTHOUSE BLDG. RM 810
101 W. LOMBARD ST.
BALTIMORE, MD. 21201

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: SANTOS, HUGO DANIEL

ALIAS: SANTOS, HUGO  /  SANTOS, DANELO HUGO  /  SANTOS, DANIEL

LAST KNOWN RESIDENCE: LKA 317 S. Mount Street

Baltimore, MD 21223

LAST KNOWN EMPLOYMENT: N/A

PLACE OF BIRTH: (HD) Honduras

DATE OF BIRTH: 08/09/1982

SOCIAL SECURITY NUMBER:

HEIGHT: 5'05"                              WEIGHT: 180 pounds

SEX: Male                                  RACE: White (Hispanic)

HAIR: Black                                EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 525316KC4

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS   Federal Bureau of Investigation

2600 Lord Baltimore Drive

Baltimore, Maryland, 21244

PAUL W GRIMM
CHIEF MAGISTRATE JUDGE
U.S. COURTHOUSE BLDG, RM 810
101 W. LOMBARD ST.
BALTIMORE, MD. 21201

**A F F I D A V I T**

UNITED STATES OF AMERICA,
DISTRICT OF MARYLAND, ss

     I, Ryan Franks, Special Deputy United States Marshal, Baltimore Federal Bureau of Investigation (FBI), have knowledge of the facts set forth below as a direct result of my participation in this investigation as well as from my review of reports from, and discussions with, other law enforcement personnel.

     1. On December 28, 2008, the Baltimore County Police Department began its investigation of the murder of Carlos Aritza. Arizta's body was discovered in the 11000 block of Pulaski Highway, Baltimore County, Maryland. An autopsy revealed that Arizta's death was a homicide caused by gunshot wounds.

     2. Detectives located a receipt on the victim that listed his name and an address in Baltimore. When detectives responded to that address they located the victim's roommate, Gregario Vergara. Vergara ultimately identified a photograph obtained of the victim. Vergara admitted during an interview that he was present in a vehicle with a subject he knew as Chanchito. Chanchito and the victim had an argument and Chanchito shot the victim with a gun while Vergara drove the car. Vergara explained that Chanchito then pushed the victim out of the car onto the roadway.

     3. Vergara provided a cell phone number used by Chanchito. That phone number was 443-759-2564. The subscriber information for that phone is listed to Hugo Santos. Vergara spoke to Santos on that cell phone after the murder and the two spoke of the shooting. Vergara also took the police to the house where Chanchito lived at 317 S. Mount Street, Baltimore, MD 21223. Detectives were able to determine that Hugo Santos was related to that address. Vergara was able to positively identify a picture of Hugo Daniel Santos. The photograph was obtained from a prior arrest made by the Baltimore City Police. Vergara was charged with First Degree Murder in this case.

     4. Other attempts to locate Santos as of December 31, 2008 were negative in Baltimore. Numerous interviews were conducted by the Baltimore County Police as to Santos' location with negative results.

     5. On December 30, 2008, the Baltimore County Police Department obtained an arrest warrant for Hugo Santos charging him with First Degree Murder and Handgun Violation. The warrant was issued from the District Court of Maryland for Baltimore County.

\* Warrant No. D081107861

6. The Baltimore County Police obtained telephone records for Santos' cell phone. That phone indicated that on December 30, 2008, it was registering calls in the State of Virginia. The recent call history, from several days prior, only showed activity in Maryland. The records did not show any call activity in Virginia prior to December 30, 2008.

7. FBI assistance was immediately requested by the Baltimore County Police to locate the fugitive. Deputy State's Attorney for Baltimore County, Leo Ryan, authorized the full extradition of Lewis within the United States.

8. Your affiant requests that a UFAP arrest warrant be issued to further investigate, locate, and apprehend Hugo Santos.

9. Based upon the foregoing facts and circumstances, your affiant submits that there is probable cause to believe that the individual known as Hugo Daniel Santos, has fled the state of Maryland, in violation of Title 18, U.S. Code, Section 1073, Unlawful Flight to Avoid Prosecution.

---

Ryan Franks
Special Deputy U.S. Marshal
Federal Bureau of Investigation
Violent Crimes Task Force

Subscribed and sworn before me on this 5th day of January, 2009.

---

United States Magistrate Judge

PAUL W. GRIMM
CHIEF MAGISTRATE JUDGE
U.S. COURTHOUSE BLDG. RM 810
101 W. LOMBARD ST.
BALTIMORE, MD. 21201